AO 450 (Rev. 01/09)   Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of South Carolina

Samuel N. Smith,
*Plaintiff*
v.                                          Civil Action No.      3:15-02177-JMC

Henry D. McMaster; Jean H. Toal; Rick Quinn;
T. Stephen Lynch; William J. Condon, Jr.;
Sandra Matthews; Tracey Colton Green;
Mitchell Willoughby; John M.S. Hoefer;
World Capitol Brokerage;
Allianz Life Insurance Company;
Gameplan Financial Marketing, LLC;
John Carrigg; S. Jahue Moore;
Tiffany Richardson; Bryan Cantrell;)
Lindsey Graham; Addison Graves Wilson, Sr.;
Alan Wilson; John E. Courson;
William N. Nettles; David A. Thomas;
Nimrati Randhawa Haley;
State of South Carolina;
Cameron McGowan Curie;
Shiva Hodges; and Captain John Bishop;
*Defendants*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: the Plaintiff shall take nothing of the Defendants and the Plaintiff's complaint is dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The court having adopted the Report and Recommendation of Magistrate Judge Thomas E. Rogers, III which dismisses the complaint.

*CLERK OF COURT*

Date: September 3, 2015

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*